UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

GALHEN MELCHIZEDEK,

                Petitioner,

    v.

DANIEL D. ALLEN,

                Respondent.

Case No. C26-508-RSM-MLP

ORDER EXTENDING ANSWER
DEADLINE

Petitioner has filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. (Dkt. # 8.) This matter is before the Court on Respondent's Motion for an Extension of Time to File an Answer and Supporting Declaration.[1] (Dkt. # 10.) Given the factual and legal complexity of the issues in this action, the Court finds good cause for the extension. Accordingly, Respondent's Motion (dkt. # 10) is GRANTED. Respondent shall file an answer to the habeas petition by **April 20, 2026**.

The Clerk is directed to send copies of this order to the parties and to the Honorable Ricardo S. Martinez.

---

[1] Although the Motion is noted for April 20, 2026, the Court finds it unnecessary to wait for a response and reply.

ORDER EXTENDING ANSWER DEADLINE - 1

Dated this 31st day of March, 2026.

MICHELLE L. PETERSON
United States Magistrate Judge

ORDER EXTENDING ANSWER DEADLINE - 2