UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

GALHEN MELCHIZEDEK,

Petitioner,

v.

DANIEL D. ALLEN,

Respondent.

Case No. C26-508-RSM-MLP

ORDER

Having reviewed the Report and Recommendation of the Honorable Michelle L. Peterson, United States Magistrate Judge, any objections or responses to that, and the remaining record, the Court finds and ORDERS:

(1) Petitioner's Motion to file a Reply to the Response to his Objections, Dkt. #21, is DENIED as seeking relief not provided for in any applicable rule.

(2) The Court ADOPTS the Report and Recommendation.

(3) Petitioner's petition for writ of habeas corpus (Dkt. # 8) and this action are DISMISSED with prejudice.

(4) In accordance with Rule 11 of the Rules Governing Section 2254 Cases in the United States District Courts, a certificate of appealability is DENIED.

(5) The Clerk is directed to send copies of this Order to the parties and to Judge Peterson.

Dated this 1st day of September, 2026.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE